Richard Palmer & Pan Wah
2721 Copper Creek Road
Oak Hill, VA 20171
703-793-1556

April 26, 2006

The Honorable Wiley Daniels
US Federal Courthouse
1961 Stout Street
Denver, Colorado 80295-0101

RE: Case # 03-CR-404-01-D

Dear Judge Daniels,

I have completed 17 months of the 24 month sentence that you imposed on me in 2004. I have also completed the 500 hour RDAP program that was available to me while incarcerated. Although I received no time off for the completion of the RDAP program I am still in aftercare going to "group" once per week as mandated by the rule and regulations of that program.

I would ask that you allow me to use the RDAP program to satisfy your court ordered condition that I take an alcohol treatment program upon my release. My alcohol use stemmed from a bad relationship and ended when that relationship ended. I chose to stop drinking in 2003 and realize that I am the only one that can control whether I ever drink again or not.

I am scheduled to be released to the regional probation office on June 30th of this year. My fiancé and I are planning of getting married September 2, 2006 and desire to travel to her home country for our honeymoon. She emigrated from Burma, now known as Myanmar, 9 years ago. You might remember that you allowed me to complete two trips abroad prior to sentencing. My fiancé and I went to Italy and I traveled with friends to Ecuador. In both cases I went and came back on time and in compliance with your order.

Thank you for considering my requests. I do know how busy you are and recognize that this request is taking time from you schedule.

Sincerely,

Richard Palmer 32104-013

cc: Ruta S. Bailey US Probation Office (703)366-2110