Richard Palmer
2721 Copper Creek Road
Oak Hill, Va. 20171

DULLES VA 201
26 APR 2006 PM 2 T

The Honorable Wiley Daniels
US Courthouse
1961 Stout Street
Denver, CO 80295-0101

80234+1351 C044

Scanned by
US Marshal