UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-404-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SHELBY PALMER,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On or before **Friday, May 19, 2006,** the probation department, the government and defense counsel shall respond to Defendant Richard Shelby Palmer's letter filed May 1, 2006 (docket #90).

    Dated:  May 1, 2006

                                         s/ Michelle M. Merz
                                         Law Clerk to
                                         Wiley Y. Daniel
                                         U. S. District Judge