IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  03-cr-00404-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      RICHARD S. PALMER,

      Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S LETTER DATED APRIL 26, 2006**

      The United States of America (the government), by and through Assistant United States Attorney Matthew T. Kirsch, responds, as required by Minute Order [Doc. # 91], to the defendant's letter to the Court dated April 26, 2006 [Doc. # 90], as follows:

1. The first request in the defendant's letter is that he be allowed to use his previous participation in the Bureau of Prisons' Residential Drug and Alcohol Program (RDAP) to satisfy the condition of his supervised release that he participate in an alcohol treatment program.  The government opposes this request.  The judgment entered against the defendant directs that the defendant "shall participate in a program of testing and treatment for alcohol abuse, *as directed by the probation officer, until he is released from the program by the probation officer*." (emphasis added) Judgment at p. 5 [Doc. # 64].  The government understands that the

    probation office's standard practice is to have an evaluation of each defendant conducted upon release from imprisonment and to fashion conditions of supervision related to drug or alcohol treatment based upon the results of that evaluation and other available information. The defendant has offered no grounds to justify a deviation from this policy. If the probation office concludes that he in fact needs no further alcohol treatment, based upon his completion of RDAP or otherwise, he will not be required to receive such treatment. There is no reason, however, to substitute the defendant's own, untrained evaluation of his need for alcohol treatment for that of the dispassionate and trained probation officer assigned to supervise the defendant.

2.    The second request in the defendant's letter is that he be allowed to travel to Myanmar with his fiancé after his release from imprisonment. Assuming that the defendant is able to provide the probation office with sufficient details about this trip, such as its duration, his places of accommodation, etc., to allow probation's approval of the trip, the government will not object to this travel request.

    THEREFORE, the government respectfully requests that the relief requested in the defendant's letter be denied as to his first request and that a ruling be deferred on his second request until the defendant provide the probation office with additional details concerning his proposed travel.

Respectfully submitted this 18th day of May, 2006.

                              WILLIAM J. LEONE
                              United States Attorney


                              <u>s/ Matthew T. Kirsch</u>
                              MATTHEW T. KIRSCH
                              Assistant U.S. Attorney
                              1225 17th Street, Suite 700
                              Denver, CO 80202
                              Telephone 303-454-0100
                              Facsimile 303-454-0402
                              Email: matthew.kirsch@usdoj.gov

**CERTIFICATE OF SERVICE**(CM/ECF)

     I hereby certify on this 18th day of May, 2006, I electronically filed the foregoing GOVERNMENT'S RESPONSE TO DEFENDANT'S LETTER DATED APRIL 26, 2006 with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants via mail:

Wayne R. Holly, Esq.
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314

Mr. Tom Meyer
United States Probation Officer

                                           s/ Matthew T. Kirsch
                                           MATTHEW T. KIRSCH
                                           Assistant U.S. Attorney
                                           1225 17th Street, Suite 700
                                           Denver, CO 80202
                                           Telephone 303-454-0100
                                           Facsimile 303-454-0402
                                           Email: matthew.kirsch@usdoj.gov