IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cr-00404-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     RICHARD S. PALMER,

      Defendant.

---

RESPONSE OF DEFENSE COUNSEL MERRIAM TO DEFENDANT'S LETTER
DATED APRIL 26, 2006

---

The undersigned defense counsel, Ted H. Merriam, responds, as required by the Court's Minute Order [Doc. #91] of May 1, 2006, to the Defendant's letter to the Court, as follows:

1. The undersigned has had no contact with the defendant since the sentencing hearing.

2. The undersigned has no knowledge of the events in this case since the sentencing hearing.

3. The undersigned is unable to take any position on behalf of the defendant.

Respectfully submitted this 19th day of May, 2006.

                s/Ted H. Merriam
                Ted H. Merriam
                MERRIAM LAW FIRM, P.C.
                1625 Broadway, Suite 770
                Denver, CO 80202
                Telephone: 303-592-5404
                Facsimile: 303-592-5439
                Email: TMerriam@taxlaw2848.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify on this 19th day of May, 2006, I electronically filed the foregoing RESPONSE OF DEFENSE COUNSEL MERRIAM TO DEFENDANT'S LETTER DATED APRIL 26, 2006 with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants via mail:

Wayne R. Holly, Esq.
Klestadt & Winter, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314


Mr. Tom Meyer
United States Probation Officer
United States District Court
District of Colorado
1929 Stout Street, C-120
Denver, CO  80294-0101


          s/Ted H. Merriam
          Ted H. Merriam
          MERRIAM LAW FIRM, P.C.
          1625 Broadway, Suite 770
          Denver, CO  80202
          Telephone: 303-592-5404
          Facsimile: 303-592-5439
          Email: TMerriam@taxlaw2848.com