UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-404-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SHELBY PALMER,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Richard Shelby Palmer's requests for modification of conditions, as set forth in his letter filed May 1, 2006 (docket #90), are **DENIED**.

    Dated:  June 12, 2006